Nina Wilder (CA SBN 100474)
WEINBERG & WILDER
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Facsimile: (415) 552-2703

Attorney for DWEN CURRY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>       vs.<br>DWEN CURRY,<br><br>                              Defendant. | Case No. CR 09-00901- SBA<br><br>**STIPULATION AND PROPOSED ORDER AMENDING CONDITIONS OF RELEASE** |

   IT IS HEREBY agreed by the parties, through their undersigned attorneys, that defendant Dwen Curry's conditions of release shall be amended to permit him to leave the half-way house where he resides for eight (8) hours on Thursday, November 26, 2009 to celebrate Thanksgiving at the home of his surety, Renee Williams, along with Mr. Curry's mother and sister. Ms. Williams resides in Oakland, California.  Her address and contact information have been provided to U.S. Pretrial Services.  The requested eight hours include travel time.

   United States Pretrial Services has no objection to the proposed modification.  All other conditions of release remain in effect.

Dated: 11/10/2009

                                                            /s/ Joshua A. Hill
                                                            JOSHUA HILL
                                                            Assistant United States Attorney

1  Dated: 11/10/2009                                /s/ Nina Wilder
2                                                    NINA WILDER
                                                     Attorney for Defendant
3                                                    DWEN CURRY

4

5                                    **ORDER**

6      IT IS SO ORDERED.

7

8  Dated:

9

10                                   _____

11                                   TIMOTHY J. BOMMER

12                                   United States Magistrate Judge

Stipulation; Proposed Order [CR-09-00901-SBA]

2