Nina Wilder (CA SBN 100474)
WEINBERG & WILDER
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Facsimile: (415) 552-2703

Attorney for DWEN CURRY

**FILED**
NOV 16 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Court Copy

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>vs.<br><br>DWEN CURRY,<br><br>           Defendant. | Case No. CR 09-00901- SBA<br><br>**STIPULATION AND PROPOSED ORDER AMENDING CONDITIONS OF RELEASE** |

   IT IS HEREBY agreed by the parties, through their undersigned attorneys, that defendant Dwen Curry's conditions of release shall be amended to permit him to leave the half-way house where he resides for four (4) hours on Sunday mornings to attend church services. Mr. Curry wishes to attend the Koinonia Church of Christ with his surety, Renee Williams. The church is located at 1628 Seminary Avenue, Oakland, CA 94603. Sunday services take place from 11 a.m. to about 1:30 p.m. The requested four hours include travel time.

   United States Pretrial Services has no objection to the proposed modification. The half-way house accommodates church attendance. All other conditions of release remain in effect.

Dated: 11/10/2009

                              /s/ Joshua Hill
                              JOSHUA HILL
                              Assistant United States Attorney

Dated: 11/10/2009

/s/ Nina Wilder

NINA WILDER
Attorney for Defendant
DWEN CURRY

**ORDER**

IT IS SO ORDERED.

Dated: 11/16/2009

TIMOTHY J. BOMMER

United States Magistrate Judge