1 | Nina Wilder (CA SBN 100474)
WEINBERG & WILDER
2 | 523 Octavia Street
San Francisco, CA 94102
3 | Telephone: (415) 431-3472
Facsimile: (415) 552-2703
4
5 | Attorney for DWEN CURRY

6
7
8
9 | UNITED STATES DISTRICT COURT
10 | NORTHERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,          Case No. CR 09-00901- SBA
12 |                       Plaintiff,   **STIPULATION AND ORDER**
           vs.                          **CONTINUING STATUS**
13 |                                    **CONFERENCE**
     DWEN CURRY,
14
15 |                       Defendant.

16     IT IS HEREBY AGREED by the parties, through their undersigned attorneys, that the

17 status conference currently scheduled on December 1, 2009 will be continued to **December 8,**

18 **2009 at 9:00 a.m.**  The additional time is required by defense counsel to review and

19 preliminarily analyze the discovery.

20     Accordingly, the parties represent that granting the continuance is necessary for effective

21 preparation of counsel, taking into account the exercise of due diligence, and that the ends of

22 justice served by the granting of such continuance outweigh the best interests of the public and

23 the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(B)(iv).

24 SO STIPULATED.

25 ///

26 ///

27 
Stipulation; Proposed Order [CR-09-00901-SBA]

28

|   |   |
|---|---|
|   | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| Dated:   November 24, 2009 | /s/ Joshua Hill<br>JOSHUA HILL<br>Assistant United States Attorney |
| Dated:  November 24, 2009 | /s/ Nina Wilder<br>NINA WILDER<br>Attorney for Defendant<br>DWEN CURRY |

For the foregoing reason, this matter is continued until **December 8, 2009 at 9:00 a.m.** Pursuant to the Speedy Trial Act, Title 18 United States Code sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv), the ends of justice are served by granting the requested continuance, given that

failure to do so would deny counsel effective preparation, taking into account the exercise of due diligence.  Accordingly, time shall be excluded from December 1, 2009 to December 8, 2009.

SO ORDERED.

DATED:11/30/09            _____
                          HONORABLE SAUNDRA BROWN ARMSTRONG
                          United States District Court Judge

Stipulation; Proposed Order [CR-09-00901-SBA]