| AO 436 (Rev. 12/04) | Administrative Office of the United States Courts | | |
|---|---|---|---|
| | **CD/TAPE ORDER** | | |
| *Read Instructions on Next Page.* | | | |
| 1. NAME Nina Wilder | 2. PHONE NUMBER (415) 431-3472 | 3. DATE 12/11/2009 | |
| 4. MAILING ADDRESS 523 Octavia Street | 5. CITY San Francisco | 6. STATE CA | 7. ZIP CODE 94102 |
| 8. CASE NUMBER CR-09-00901-SBA | 9. CASE NAME United States v. Curry | DATES OF PROCEEDINGS | |
| | | 10. FROM 10/5/2009 | 11. TO 12/9/2009 |
| 12. PRESIDING JUDGE Hon. Timothy J. Bommer | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY San Francisco | 14. STATE CA |

**15. ORDER FOR**

- [ ] APPEAL
- [ ] NON-APPEAL
- [x] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

16. TAPE REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which duplicate cd/tape(s) are requested.)

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) Please see attachment | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|
| [ ] REFORMATTED DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER AT 1-7/8 INCHES PER SECOND | | |
| [ ] UNREFORMATTED DUPLICATE TAPE(S) FOR PLAYBACK ON A 4-TRACK CASSETTE RECORDER AT 1-7/8 INCHES PER SECOND | | |
| [ ] UNREFORMATTED DUPLICATE TAPE(S) FOR PLAYBACK ON A 4-TRACK CASSETTE RECORDER AT 15/16 INCHES PER SECOND | | |
| [x] RECORDABLE COMPACT DISC - CD | | |

| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order | ESTIMATE TOTAL | 0.00 |
|---|---|---|
| 18. SIGNATURE *[signature]* | 19. DATE 12/11/2009 | |
| PROCESSED BY | PHONE NUMBER | |

| ORDER RECEIVED | DATE | BY | DEPOSIT PAID | |
|---|---|---|---|---|
| DEPOSIT PAID | | | TOTAL CHARGES | 0.00 |
| TAPE / CD DUPLICATED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE | | | TOTAL REFUNDED | |
| PARTY RECEIVED TAPE / CD | | | TOTAL DUE | 0.00 |

DISTRIBUTION:   COURT COPY   ORDER RECEIPT   ORDER COPY

## United States v. Dwen Curry, CR-09-0901-SBA
Attachment to Tape Order:

| DATE: | HEARING TYPE: | MAGISTRATE JUDGE: |
|---|---|---|
| 9/21/2009 | Detention Hearing | Hon. Maria-Elena James |
| 9/25/2009 | Detention Hearing | Hon. Maria-Elena James |
| 10/5/2009 | Appointment of Attorney | Hon. Timothy J. Bommer |
| 12/9/2009 | Detention Hearing | Hon. Timothy J. Bommer |