```
 1  JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
 2
    BRIAN J. STRETCH (CABN 163973)
 3  Chief, Criminal Division

 4  JOSHUA HILL (CABN 250842)
    Assistant United States Attorney
 5
         1301 Clay Street, Suite 340-S
 6       Oakland, California 94612
         Telephone:  (510) 637-3740
 7       Facsimile:  (510) 637-3724
         E-Mail:     Joshua.Hill2@usdoj.gov
 8
 9  Attorneys for Plaintiff
```

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                           OAKLAND DIVISION

| | | |
|---|---|---|
| 13 UNITED STATES OF AMERICA, | ) | No. CR-09-901 SBA |
| 14              Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| 15        v. | ) ) | AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| 16 DWEN CURRY, | ) ) | |
| 17              Defendant. | ) ) | |
| 18 | | |

19       IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its

20 attorney, Joshua Hill, and the defendant through his attorney, Nina Wilder, that the status hearing

21 presently set for February 16, 2010, be continued to March 9, 2010 at 9:00 a.m.  The request for

22 a continuance is due to government counsel's need to prepare and appear for a jury trial

23 beginning February 25, 2010.  In addition, the parties continue to discuss the scope of additional

24 discovery that may be produced in this case.  At the request of defense counsel, the government

25 is conducting additional investigation concerning the loss amount in this case, which could

26 impact the Guidelines calculation.  The parties agree that the delay is not attributable to lack of

27 diligent preparation on the part of the attorney for the government or defense counsel.  For these

28 reasons, the parties request that time under the Speedy Trial Act be excluded based on the

government's need for reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The parties agree that the waiver covers all time between February 16, 2010 and March 9, 2010.

IT IS SO STIPULATED:

Dated: February 12, 2010

          /S/
NINA WILDER
*Attorney for Defendant*

Dated: February 12, 2010

          /S/
JOSHUA HILL
Assistant United States Attorney

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this matter now scheduled for February 16, 2010 is hereby rescheduled for March 9, 2010 at 9:00 a.m. Based upon the representation of counsel and for good cause shown, the Court also finds that failing to exclude the time between February 16, 2010 and March 9, 2010 would unreasonably deny the government and the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A)(B)(iv). The Court further finds that the ends of justice served by excluding the time between February 16, 2010 and March 9, 2010 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, it is hereby ordered that the time between February 16, 2010 and March 9, 2010 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: February 16, 2010

*Saundra B Armstrong*
HONORABLE SAUNDRA B. ARMSTRONG
United States District Court Judge