UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## AMENDED CRIMINAL PRETRIAL MINUTES

Date: 3/9/10

TIME IN HEARING: 3 MINUTES
CR 09-901 SBA                              JUDGE: SAUNDRA BROWN ARMSTRONG

**CURRY**                                              Present (X) Not Present ( ) In Custody ()
    DEFENDANT(S)

 JOSHUA HILL                                    NINA WILDER
U.S. ATTORNEY                                   ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark                     DIANE SKILLMAN
                                                        Court Reporter

 Interpreter                                    Probation Officer

### PROCEEDINGS

**REASON FOR HEARING: STATUS - HELD**

**RESULT OF HEARING: COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL UNTIL 4/20/10.**

 **JUDGMENT:**

### PROCEEDINGS

Case Continued to **4/20/10** for **Further Status**/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to_____ @ 9:00 a.m. for_____ Motions
Brief Sched. Motion papers by_____Opposition by_____Reply by_____
Case Continued to_____for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due_____Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due_____
Case Continued to_____for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.
Case Continued to_____for Judgment & Sentencing as to Count(s) _____of the (Indictment/Information) @ 10:00 a.m.
Case Continued to_____for Change of Plea @ 11:00 a.m.
cc: