| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | JOSHUA HILL (CABN 250842)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340-S<br>Oakland, California 94612<br>Telephone:  (510) 637-3740 |
| 7 | Facsimile:  (510) 637-3724<br>E-Mail:    Joshua.Hill2@usdoj.gov |
| 8 | |
| 9 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-901 SBA |
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) ) | AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| DWEN CURRY, | ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its attorney, Joshua Hill, and the defendant through his attorney, Nina Wilder, that the status hearing presently set for April 20, 2010, be continued to May 18, 2010 at 9:00 a.m.  The request for a continuance is due to the parties' continued discussion of the scope of additional discovery that must be available for review in this case.  At the request of defense counsel, the government is conducting additional investigation concerning the loss amount in this case, which could impact the Guidelines calculation.  Defense counsel continues to engage in investigation.  The parties agree that the delay is not attributable to lack of diligent preparation on the part of the attorney for the government or defense counsel.  For these reasons, the parties request that time under the Speedy Trial Act be excluded based on the government's need for reasonable time necessary for

effective preparation, taking into account the exercise of due diligence.  The parties agree that the waiver covers all time between the date of this stipulation and May 18, 2010.

IT IS SO STIPULATED:

Dated: April 16, 2010

/S/
NINA WILDER
*Attorney for Defendant*

Dated: April 16, 2010

/S/
JOSHUA HILL
Assistant United States Attorney

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this matter now scheduled for April 20, 2010 is hereby rescheduled for May 18, 2010 at 9:00 a.m. Based upon the representation of counsel and for good cause shown, the Court also finds that failing to exclude the time between April *20*, 2010 and May 18, 2010 would unreasonably deny the government and the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between April 16, 2010 and May 18, 2010 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, it is hereby ordered that the time between April *20*, 2010 and May 18, 2010 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: April 19, 2010

*/s/ Saundra B Armstrong*
HONORABLE SAUNDRA B. ARMSTRONG
United States District Court Judge