1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JOSHUA HILL (CABN 250842)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340-S
6       Oakland, California 94612
        Telephone:  (510) 637-3740
7       Facsimile:   (510) 637-3724
        E-Mail:     Joshua.Hill2@usdoj.gov
8
9  Attorneys for Plaintiff

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                                  OAKLAND DIVISION

13  UNITED STATES OF AMERICA,           )   No. CR-09-901 SBA
                                        )
14          Plaintiff,                  )   STIPULATION AND ORDER TO
                                        )   CONTINUE STATUS CONFERENCE
15     v.                               )   AND EXCLUDE TIME UNDER THE
                                        )   SPEEDY TRIAL ACT
16  DWEN CURRY,                         )
                                        )
17          Defendant.                  )
                                        )
18

19         IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its

20  attorney, Joshua Hill, and the defendant through his attorney, Nina Wilder, that the status hearing

21  presently set for May 18, 2010, be continued to June 8, 2010 at 9:00 a.m.  The request for a

22  continuance is due to the parties' continued discussion of the scope of additional discovery that

23  must be available for review in this case.  At the request of defense counsel, the government is

24  conducting additional investigation concerning the loss amount in this case and the number of

25  victims, which could impact the Guidelines calculation.  Defense counsel continues to engage in

26  investigation.  The parties agree that the delay is not attributable to lack of diligent preparation

27  on the part of the attorney for the government or defense counsel.  For these reasons, the parties

28  request that time under the Speedy Trial Act be excluded based on the government's need for

1 reasonable time necessary for effective preparation, taking into account the exercise of due
2 diligence.  The parties agree that the waiver covers all time between the date of this stipulation
3 and June 8, 2010.

5 IT IS SO STIPULATED:
6 Dated: May 11, 2010                                                        /S/
                                                                          NINA WILDER
7                                                                         *Attorney for Defendant*

9 Dated: May 11, 2010                                                        /S/
                                                                          JOSHUA HILL
10                                                                        Assistant United States Attorney

12                                              **ORDER**

13     GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this
14 matter now scheduled for May 18, 2010 is hereby rescheduled for June 8, 2010 at 9:00 a.m.
15 Based upon the representation of counsel and for good cause shown, the Court also finds that
16 failing to exclude the time between May 11, 2010 and June 8, 2010 would unreasonably deny the
17 government and the defense the reasonable time necessary for effective preparation, taking into
18 account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds
19 that the ends of justice served by excluding the time between May 11, 2010 and June 8, 2010
20 from computation under the Speedy Trial Act outweigh the best interests of the public and the
21 defendant in a speedy trial.  Therefore, it is hereby ordered that the time between May 11, 2010
22 and June 8, 2010 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. §§
23 3161(h)(7)(A) and (B)(iv).

25 DATED: May 13, 2010                           *Saundra B Armstrong*
                                                HONORABLE SAUNDRA B. ARMSTRONG
26                                              United States District Court Judge