UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-0901 SBA |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED REQUEST TO SET CHANGE OF PLEA |
| v. | ) ) | AND SENTENCING ON SEPTEMBER 21, 2010 AND TO EXCLUDE TIME UNDER |
| DWEN EDWARD CURRY, | ) | THE SPEEDY TRIAL ACT |
| Defendant. | ) ) | |
| | ) ) | |
| | ) | |

The parties jointly requested that status hearing in this matter be vacated and that this matter be set for change of plea and sentencing on September 21, 2010 at 10:00 a.m. The parties further requested that time be excluded under the Speedy Trial Act between June 7, 2010 and September 21, 2010 to allow time for the Court to consider the proposed plea agreement to be entered into by the defendant and the attorney for the government, and to allow time for the preparation of a Presentence Investigation Report by the United States Probation Office. Defendant agreed that the Court may review the pre-plea Presentence Investigation Report even though he has not yet pleaded guilty. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(1)(G),

1    **IT IS HEREBY ORDERED** that this matter is set for change of plea and sentencing on
2    September 21, 2010 at 10:00 a.m., and that time between June 8, 2010 and September 21, 2010
3    is excluded under the Speedy Trial Act, specifically pursuant to 18 U.S.C. § 3161(h)(1)(G), for
4    consideration by the Court of a proposed plea agreement to be entered into by the defendant and
5    the attorney for the government.
6    **IT IS FURTHER ORDERED** that the United States Probation Office shall prepare a
7    Presentence Investigation Report.

9    DATED:_6/7/10                               _Saundra B Armstrong_____
                                                 HON. SAUNDRA BROWN ARMSTRONG
10                                               United States District Judge

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING & TO EXCLUDE TIME
No. CR-09-0901 SBA