Nina Wilder (CA SBN 100474)
WEINBERG & WILDER
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Facsimile: (415) 552-2703

Attorney for DWEN CURRY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>     vs.<br><br>DWEN CURRY,<br><br>          Defendant. | Case No. CR 09-00901- SBA<br><br>**ORDER** |

   Having considered the motion of counsel and finding good cause therein,

   IT IS HEREBY ORDERED that attorney Nina Wilder is relieved of her appointment as counsel for defendant Dwen Curry.

   The Federal Public Defender is directed to locate new counsel for defendant Curry forthwith.

DATED:7/20/10                   _____
                                HONORABLE SAUNDRA B. ARMSTRONG
                                United States District Court Judge

Proposed Order [CR-09-00901-SBA]