# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA**  )
)
vs.  )   **Docket Number:** CR 09-00901-1 SBA
)
Dwen E. Curry  )
)

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _November 16, 2010_ be continued until _January 11, 2011_ at _10:00 am_.

Date: 10/28/10

_Saundra B. Armstrong_
Saundra Brown Armstrong
United States District Judge