1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

OAKLAND DIVISION

11 | UNITED STATES OF AMERICA,           )     No. CR 09-0901 SBA
                                        )
12 |          Plaintiff,                 )      ORDER GRANTING STIPULATED
                                        )     REQUEST TO SET CHANGE OF PLEA
13 |   v.                                )     AND SENTENCING ON JANUARY 11,
                                        )     2011 AND TO EXCLUDE TIME UNDER
14 | DWEN EDWARD CURRY,                  )     THE SPEEDY TRIAL ACT
                                        )
15 |          Defendant.                 )
                                        )
16                                       )
                                        )
17 | _____  )

18

19        The parties jointly requested that this matter be set for change of plea and sentencing on

20  January 11, 2011 at 10:00 a.m.  The parties further requested that time be excluded under the

21  Speedy Trial Act between November 16, 2010 and January 11, 2011 to allow time for the Court

22  to consider the proposed plea agreement to be entered into by the defendant and the attorney for

23  the government, and to allow time for the preparation of a Presentence Investigation Report by

24  the United States Probation Office.  Defendant agreed that the Court may review the pre-plea

25  Presentence Investigation Report even though he has not yet pleaded guilty.  Good cause

26  appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(1)(G),

27        **IT IS HEREBY ORDERED** that this matter is set for change of plea and sentencing on

28  January 11, 2011 at 10:00 a.m., and that time between November 16, 2010 and January 11, 2011

is excluded under the Speedy Trial Act, specifically pursuant to 18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.

  **IT IS FURTHER ORDERED** that the United States Probation Office shall prepare a Presentence Investigation Report.

DATED:11/18/10

        *Saundra B Armstrong*
        HON. SAUNDRA BROWN ARMSTRONG
        United States District Judge

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING & TO EXCLUDE TIME
No. CR-09-0901 SBA