GAIL SHIFMAN
Law Offices of Gail Shifman
44 Montgomery Street, Suite 3850
San Francisco, CA 94104
Telephone: (415) 551-1500
Facsimile:  (415) 551-1502

Attorney for Defendant
DWEN EDWARD CURRY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-09-0901 SBA |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| vs. ) | **CHANGING HEARING TIME** |
| ) | |
| DWEN EDWARD CURRY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Plaintiff, by and through its attorney of record, and defendant, by and through his attorney of record, hereby stipulate and ask the Court to find as follows:

1. The parties request that the January 11, 2011 Change of Plea and Sentencing hearing time be changed from 10:00 a.m. to 9:00 a.m. to facilitate defense counsel's appearance at an evidentiary hearing, where counsel's client will be testifying, scheduled for the same date in *United States vs. Francisco Torres, Jr*, CR 09-657 JSW, before the Honorable Jeffrey White. Probation Officer, Connie Cook, has no objection to the setting of the Change of Plea and Sentencing hearing at 9:00 a.m. on January 11, 2011.

SO STIPULATED.

Dated: December 28, 2010                              /s/
                                              MELINDA HAAG
                                              United States Attorney

                                              By:    JOSHUA HILL
                                              Assistant United States Attorney

Dated: December 28, 20100                             /s/
                                              GAIL SHIFMAN
                                              Counsel for Defendant CURRY

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS ORDERED THAT:

1. The currently scheduled January 11, 2011 Change of Plea and Sentencing hearing shall be scheduled at 9:00 A.M.

Dated: 12/29/10                              _____
                                              HONORABLE SAUNDRA B. ARMSTRONG
                                              United States District Judge

2