GAIL SHIFMAN
Law Offices of Gail Shifman
44 Montgomery Street, Suite 3850
San Francisco, CA 94104
Telephone: (415) 551-1500
Facsimile:  (415) 551-1502

Attorney for Defendant
DWEN EDWARD CURRY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DWEN EDWARD CURRY,<br><br>　　　　Defendant. | CR-09-0901 SBA<br><br>DEFENDANT'S ADDENDUM TO SENTENCING MEMORANDUM<br><br>Date: January 11, 2011<br>Time: 9:00 a.m.<br>Honorable Saundra Brown Armstrong |

　　　　As Defendant Dwen Curry is not certain whether his character reference letters were attached to the Final Presentence Report provided to the Court, attached are copies of these letters in support of his request to enter a plea of guilty to Counts One and Two of the Indictment pursuant to the proposed plea agreement and sentenced pursuant to its terms.

Dated:　January 7, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　GAIL SHIFMAN
　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant CURRY

LAW OFFICES OF

# JOEL R. ISAACSON

www.joelrisaacson.com
EMAIL:
joelrisaacson@aol.com

MGM TOWER, SUITE 2900
10250 CONSTELLATION BOULEVARD
LOS ANGELES, CALIFORNIA 90067

TELEPHONE
(310) 881-6800
FAX (310) 881-6801

June 25, 2010

The Honorable Sandra B. Armstrong
United States District Court Judge
1301 Clay Street
Oakland , CA  94612
San Francisco, Ca. 94102

**Re: Dwen Edward Curry
    Case # Cr-09-0901-SBA**

Dear Judge Armstrong:

    I have been a criminal defense attorney since 1972 starting in Detroit, Michigan where I practiced for twelve years prior to relocating to California in 1985. My clients were generally inner city citizens caught up in the drug infested life a of a deteriorating ,crime plagued environment. In fact, I was born and partially grew up (in a prior era) in the exact neighborhood where Mr. Curry went to high school.

    Mr. Curry's mother was a friend of many of my clients and during many personal investigations in the area, I observed the horrific conditions of the heroin shooting galleries, crack houses and cocaine dealers who operated on the very street across from his school.

    Notwithstanding these beginnings, Mr. Curry, a budding artist with a flair for fashion and clothing design, developed the training and skill to pursue a substantial, rewarding career with which to support himself and make his way in the world.

Judge Armstrong
June ,2010
Page 2

    I later learned that Mr. Curry succumbed to the crack epidemic and voluntarily relocated to northern California for treatment and rehabilitation. Nevertheless, the die was cast and he has been battling drug abuse issues for many years.

    Through a twist of fate, I represented Mr. Curry in 2006 and 2007 in a number of criminal matters here in Los Angeles. These were all clearly related to his relapse and addiction and abuse of prescription drugs, particularly Vicodin. The factual scenarios typified unsophisticated attempts to obtain drugs for personal use from pharmacies and the almost unconscious, trance like theft of an expensive ladies purse from a high end Beverly Hills store where he had been an entertainers personal shopper and was well known.

    My extensive contacts with Mr. Curry and his family convinced me that he is an honest man with a well developed sense of personal integrity and intelligence who lost control of his conduct as a result of his drug addiction.

    I know that Mr. Curry has many professional colleagues and friends that he has assisted over the years and that he has a great deal of talent and artistry which he can contribute to society in a positive manner.

    I believe that at this stage of his life, with the new resources and rehabilitation programs available to get to the bottom of his disease, he will not re-offend and will lead a law abiding, productive life.

    I have spoken with Dwen about his circumstances and he recognizes his mistakes and blames no one but himself. I believe he finally "gets it", is remorseful and is determined not to force the justice system to store him away from society for the majority of his remaining days.

    I trust these thoughts will be of assistance in your determination of the appropriate sentence for Mr. Curry and our society as a whole and ask that you consider them as submitted not from an advocate, but from a fellow citizen, son, husband and father who prays that Dwen will soon return to the creative, productive life he is capable of leading.

Judge Armstrong
June ,2010
Page 3

                                            Sincerely,

                                            Joel R. Isaacson

November 5, 2010

Marcia Gilbert
PO Box 356
Rancho Cordova, CA 95741


The Honorable Saundra B. Armstrong
United States District Court Judge
1301 Clay Street
Oakland, California 94612
San Francisco, California 94102


Dear Judge Armstrong,


I, Marcia Gilbert have worked as a corporate credit manger in the San Francisco Bay Area for the past 25 years. As a native Detroiter, my family (neighbors to the Curry family) was able to observe the growth, development, and nurturing of Dwen Curry. Throughout the years, my contact with Dwen and his family has remained constant. I speak with his mother daily, and I call her "sister".

As a child, Dwen was a well-balanced boy. He played with all of the children in the neighborhood. He was often the leader dividing up the candy equitably, while keep the peace. Dwen exhibited qualities of integrity, honesty, and generosity when interacting with others..

Over the years, my relationship with Dwen has continued to grow. In the mid-nineties, I opened my home to Dwen in Pleasanton, California. He worked hard to become a productive member of society. Due to Dwen's loyal commitment to his family, I had many opportunities to enjoy great Sunday dinners. Dwen is a son, a brother, a nephew, a cousin and a friend, that is dependable and trustworthy.

I am aware of the charges against Dwen Curry, and my positive opinion of him has not changed. I believe that his conduct regarding the charges in this case should not prohibit him from accomplishing his life long goals. Dwen still has a lot to contribute to our society.

Dwen recognizes his mistakes, is remorseful, and accepts responsibility for his actions. I would like to respectfully ask your honor to take into consideration Dwen's sincere commitment to rehabilitation before rendering a decision.

Respectively yours,

Marcia Gilbert

## Gail Shifman

**From:** J Money [jjthorpe@ameritech.net]
**Sent:** Tuesday, November 16, 2010 2:53 PM
**To:** Gail Shifman
**Subject:** Dwen Character Letter

To Whom It May Concern,

I am writing this letter to speak to the character of Mr. Dwen Edward Curry. Dwen and I were we friends the day we met ...our mothers lived down the street from one another and it was just natural for us to become friends. We didn't actually begin to hang out with one another until high school. It was then that I saw first hand how, even though he was a few years younger than i was, his maturity level was more advanced than most his age. Dwen's mom was a single parent and he practically raised hid two younger siblings on his own. I was concerned that a high-school student would be able to handle the pressures of school and raising a brother and sister. He did it without any regard to himself. Dwen saw himself as the man of the house and that was a title he championed very seriously. I did notice that the pressures of those responsibilities after high school and after a minor breakdown in his usual character, it was decided that a move to California might be the best move to get his life back on track. After some soul searching and exercises in self control, focus and faith, Dwen began a career of styling others. Dwen could look at someone and see the portntial image of that person hideing within. With that kind of insight it was'nt long before actors ,singers and others sought him to advance their careers.

Dwen would often call home to Detroit to ask how myself and our childhood friends were doing . Many times if he found out I was having a tough time with finances , Dwen would wire the money and say the money was there and the problem resolved. Dwen has always been a caretaker. Initially it was for his little brother and sister then his mom, and ultimately for other family members and friends. He has always had the concern of others before himself.

I consider Dwen to be an honest , trustworthy,caring.and giving individual who has the potential to impact the life of any and everyone he comes in contact with. I am aware of his missteps in life & for that some rehabilitation may be necessary. But I must impress upon the person responsible for deciding his fate, those actions aren't the sum of his character. Indeed he is a wonderful person who has impacted numerous people (including myself) in a very positive way.

Sincerely,

James L. Thorpe

1



To Whom It May Concern:

This letter is to support Mr. Dwen Curry.

I've known Dwen for over 8 years, both personally and professionally.

I hired Dwen to style my client (Ms. Fantasia Barinno) from (season 3) American Idol, for a Disney Christmas TV special. I entrusted Dwen with a $25k budget to shop and style Fantasia for the project and he delivered masterfully. You can find the final project in the Disney Christmas special archives.

After successfully doing the Disney special, I continued to hire Dwen so often that we became friends.

In 8 years of knowing Dwen Curry, he has been honorable, dependable and very professional.

In my personal and professional opinion, I render my support to Dwens character in any way possible. I believe he can be trusted and would serve a better purpose to society at home with the support of his friends' family and clients.

Sincerely,

Cheryl Cobb Debrosse
*President*
**SportyGirl Fitness**

**www.sportygirlfitness.com**

# Gail Shifman

| | |
|---|---|
| **From:** | Cynthia Thomas [gmacyn.cyn@gmail.com] |
| **Sent:** | Monday, December 13, 2010 5:15 PM |
| **To:** | Gail Shifman |
| **Subject:** | Fwd: Format for character letter for Dwen Curry |

---------- Forwarded message ----------
From: **Nailah Lamess** <Nyladalite@gmail.com>
Date: Thu, Dec 9, 2010 at 6:23 PM
Subject: Re: Format for character letter for Dwen Curry
To: Cynthia Thomas <gmacyn.cyn@gmail.com>


My name is Nailah Lamees I currently reside in Sherman Oaks Ca 91403 I am founder of Savvie 1 International Media Group. I have been in the media communications for over 15 years now. I started as an artist and now I mange them.
My relationship to Dwen is that is my god-brother I've known Dwen Curry for over 10 years now we met through Industry friends and common associates. We have always stayed in contact through out our time of knowing one another his mother is my and my daughter's god-mother
Dwen is a great friend, brother family member and supporter. He's been there for myself and my family gave my daughter 2 dogs the reason is because the first one was stolen( Snoopy) and when my daughter was so devastated he gave her the 2nd one Scooby, which we have to this day. What I have always known of Dwen is that he is a provider and he looks out for friends and family. I mean to the extent sometimes of being used because he such a big-hearted person.  Whenever I needed him he was there.
I've known him to be a great style icon to celebrities and personal client, he's always been driven and had great character of being true to his word and never candy coating the truth. I can honestly say that he has a beautiful spirit and deserves the opportunity to spread light and love. One of our dear friends past of Cancer a few years ago and before when she became sick and ailing again Dwen was there to nurse her back to health in his own home as he has opened up his home to so many family members, friends and relatives.

I am aware of the charges against Dwen and don't really think they expose his true character, and I believe if given the opportunity to be set-free of those charges he would be a model citizen as he has turned him-self in before. He has never been the type to run from problems or issues.

I would ask the judge respectfully to not place someone behind bars that doesn't need to be there.   From conversations that I have had with Dwen I believe that he would not re-offend and is always positive and optimistic and encouraging even though his circumstances.


On Tue, Nov 30, 2010 at 12:20 PM, Cynthia Thomas <gmacyn.cyn@gmail.com> wrote:
Hi Nak Here is the format let me know when you are done also I'd like Glam to write a letter.
Thanks so much.. Id like these back asap...
---------- Forwarded message ----------
From: **Cynthia Thomas** <gmacyn.cyn@gmail.com>

Subject: Format for character letter for Dwen Curry

1

---------- Forwarded message ----------
From: **Cynthia Thomas** <gmacyn.cyn@gmail.com

--

Nailah Lamees
Game Savvie Manganement

# Gail Shifman

**From:** Cynthia Thomas [gmacyn.cyn@gmail.com]
**Sent:** Monday, December 13, 2010 5:19 PM
**To:** Gail Shifman
**Subject:** Fwd: Support Letter for Dwen

---------- Forwarded message ----------
From: <yunis91285@yahoo.com>
Date: Wed, Dec 1, 2010 at 11:35 PM
Subject: Support Letter for Dwen
To: gmacyn.cyn@gmail.com

Dear Judge Armstrong,

My name is Eunice Virgen, and I live in the city of Los Angeles, CA. I have been in the social work field for the last six years and for the last four years, I have been employed as a youth counselor for a non profit that works with at risk youth in the county of Los Angeles.

I met Dwen through my ex fiancé Billy Anthony fours years ago. My initial impression of Dwen was that he was a very kind individual and as time went by his actions proved that he was indeed a good person.

However, to my surprise, I was informed by my fiancé and other family members that Dwen had fallen victim to prescription drug abuse. To my understanding his abuse began to spiral and he began to behave and do things that were out of his character.

As a person that has worked closely with juveniles that have abused drugs. I understand how serious this matter is and in no way am I making excuses for his actions. But I pray that he can be fully rehabilitated and that he can go back to being the vibrant and creative individual that was contributing to the arts and fashion world.

He has a lot more to offer the world as a free man and I believe he will not waist this opportunity if it is granted to him.

Sincerely,

Eunice Virgen


Contact Info
(562) 833-4727
Sent via BlackBerry from T-Mobile

1

**Gail Shifman**

| | |
|---|---|
| **From:** | Cynthia Thomas [gmacyn.cyn@gmail.com] |
| **Sent:** | Tuesday, November 30, 2010 12:03 PM |
| **To:** | Gail Shifman |
| **Subject:** | Fwd: Dwen Curry |

---------- Forwarded message ----------
From: **CLARA WATSON** <cjwvance@gmail.com>
Date: Mon, Oct 18, 2010 at 7:54 PM
Subject: Dwen Curry
To: Cynthia Thomas <gmacyn.cyn@gmail.com>


The Honorable Saundra B> Armstrong
United States District Court Judge
1301 Clay St.
Oakland Ca. 94102
San Francisco Ca 94102

I am writing this letter on behalf a very dear friend , Dwen Curry. I am a very good friend of his mother Cynthia, I met the Curry family about 7 years ago upon moving to the Los Angeles area,from San Jose ,Ca. where I was a C ertified Public Accountant for Wheel Works Tire Company.My daughter who is a recording artist had obtained Dwen as Her stylist, and I became friends with the family. I can honestly say I had never met such a warm and loving family,and such a talented stylist. I firmly believe that with the proper rehabilitation program that Dwen can and will be an asset to his friends and his occupation. I will be there to assist him in any way that I can.


--
I'm A Bomblicious Grandma!!! (And I'm Hot!)