UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date:1/11/11

TIME IN HEARING:<u>55 MINUTES</u>
CR 09-00901SBA                                    JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>


**CURRY**                                         Present (x) Not Present ( ) In Custody (x)
    DEFENDANT(S)


<u>JOSHUA HILL</u>                                 <u>  GAIL SHIFMAN                </u>
U.S. ATTORNEY                                     ATTORNEY FOR DEFENDANT(S)


Deputy Clerk:  Lisa R. Clark                      <u>  RAYNEE MERCADO          </u>
                                                  Court Reporter


<u>                              </u>               <u>  CONNIE COOK              </u>
 Interpreter                                      Probation Officer
                          **PROCEEDINGS**

**REASON FOR HEARING:   CHANGE OF PLEA - HELD; JUDGMENT & SENTENCING - HELD**
<u>                                                                                              </u>
**RESULT OF HEARING:   DEFENDANT PLED GUILTY TO CTS. 1 & 2 OF THE INDICTMENT;**
**GOVERNMENT DISMISSES ALL REMAINING COUNTS OF THE INDICTMENT**
<u>                                                                                              </u>
**JUDGMENT: 77 MONTHS BOP; 77 MONTHS ON CTS. 1& 2 TO RUN CONCURRENTLY; 5 YEARS SUPERVISED RELEASE; 3 YEARS ON CTS. 1 & 5 YEARS ON CT, 2 TO RUN CONCURRENTLY; $200 SPECIAL ASSESSMENT; RESTITUTION DEFERRED UNTIL 4/5/11 AT 11:00 AM; SEE JUDGMENT & COMMITMENT ORDER FOR SPECIFICS**
<u>                                                                                              </u>
<u>                                                                                              </u>
<u>                                                          </u>
                          **PROCEEDINGS**

Case Continued to_____for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to_____@ 9:00 a.m. for_____ Motions
Brief Sched. Motion papers by_____Opposition by_____Reply by_____
Case Continued to_____for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due_____Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due_____
Case Continued to_____for Trial(Court/Jury:____Days/weeks) at 8:30 a.m.
Case Continued to_____for Judgment & Sentencing as to Count(s) _____of the (Indictment/Information) @ 10:00 a.m.
Case Continued to_____for Change of Plea @ 11:00 a.m.
cc: