1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                  OAKLAND DIVISION

11  UNITED STATES OF AMERICA,        )      No. CR-09-0901 SBA
                                     )
12          Plaintiff,               )      **ORDER REGARDING RESTITUTION**
                                     )
13          v.                       )
                                     )
14  DWEN EDWARD CURRY,               )
                                     )
15          Defendant.               )
                                     )
16  _____ )

17

18          GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the restitution

19  hearing currently scheduled for April 5, 2011 is vacated.  It is further ordered that the defendant

20  Dwen Edward Curry shall pay restitution totaling $67,798.56 to the victims listed as follows:

| Victim | Restitution Amount |
|---|---|
| Kaiser Federal Bank<br>1359 N. Grand Avenue<br>Covina, CA 91724<br>Attn: Jeanne Thompson | $20,000.00 |
| The Lincoln National Life Insurance Company<br>1300 South Clinton Street<br>Fort Wayne, IN 46802<br>Attn: Leslie Billingsley | $47,798.56 |

1        It is further ordered that payment of restitution is due immediately.  However, if the

2   defendant is unable to pay the restitution immediately, it shall be paid through the defendant's

3   participation in the Bureau of Prisons' Inmate Financial Responsibility Program.  While

4   incarcerated, payment of restitution shall be at the rate of $25 per quarter.  It is further agreed

5   that any balance that remains unpaid at the commencement of the term of supervised release

6   shall be paid at the rate of $100 per month unless the probation officer seeks modification due to

7   the defendant's ability to make payments.  Restitution payments shall be made payable to the

8   Clerk of the U.S. District Court, Attention: Financial Unit, 450 Golden Gate Ave., Box 36060,

9   San Francisco, CA 94102.

10

11  DATED: April 4, 2011                    _____

12                                          HONORABLE SAUNDRA B. ARMSTRONG
                                            United States District Court Judge