MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

STEPHANIE M. HINDS (CABN 154284)
Assistant United States Attorney

450 Golden Gate Ave., Box 36055
San Francisco, California 94102
Telephone: (415) 436-7200
Fax: (415) 436-7234
E-Mail: stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 09-00901 SBA |
|---|---|---|
| Plaintiff, | ) | DECLARATION OF PUBLICATION |
| v. | ) | |
| DWEN EDWARD CURRY, | ) | |
| Defendant. | ) | |

Under 21 U.S.C. § 853(n)(1), and the Attorney General's authority to determine the manner of publication of an Order of Forfeiture in a criminal case, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on October 19, 2012 and ending on November 17, 2012. (See, Attachment 1.)

I declare under penalty of perjury that the forgoing is true and correct.

Dated: 12/3/12

Respectfully submitted,
MELINDA HAAG
United States Attorney

ALICIA CHIN
Contract Paralegal/ AFU

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION
# COURT CASE NUMBER: CR 09-00901 SBA; NOTICE OF FORFEITURE

Notice is hereby given that on October 15, 2012, in the case of <u>U.S. v. Dwen Edward Curry</u>, Court Case Number CR 09-00901 SBA, the United States District Court for the Northern District of California entered an Order condemning and forfeiting the following property to the United States of America:

Unauthorized access devices used in the commission of wire fraud (09-USS-001124), including the following items: 1 Apple Laptop with charger, Ser No: 4H63552EU9B; 1 Apple Laptop with charger, Ser No: W87424S7X94; 1 HP Laptop, Ser No: CND3460BXG; 1 Apple iPhone, Ser No: 9C838J7M201; 1 LG cell phone, black; 1 Zire Camera, Ser No: 00W4A5755GEE; 1 Virgin mobile phone with charger, Ser No: F0000023861072; 1 Virgin mobile phone, Ser No: 0000026344384; 1 Memorex Recorder; 1 Digital Concept Camera; 1 Panasonic MC; 1 Motorola MicroSD adapter which was seized from Dwen Edward Curry on March 27, 2009 at 5133 Lindley Avenue, located in Tarzana, CA

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (October 19, 2012) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 1301 Clay Street, Suite 400S, Oakland, CA 94612, and a copy served upon Assistant United States Attorney Stephanie M. Hinds, 450 Golden Gate Avenue, 11th Floor, San Francisco, CA 94102. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.



**Advertisement Certification Report**

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between October 19, 2012 and November 17, 2012. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Dwen Edward Curry

**Court Case No:** CR 09-00901 SBA
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 10/19/2012 | 24.0 | Verified |
| 2 | 10/20/2012 | 24.0 | Verified |
| 3 | 10/21/2012 | 24.0 | Verified |
| 4 | 10/22/2012 | 24.0 | Verified |
| 5 | 10/23/2012 | 24.0 | Verified |
| 6 | 10/24/2012 | 24.0 | Verified |
| 7 | 10/25/2012 | 24.0 | Verified |
| 8 | 10/26/2012 | 23.5 | Verified |
| 9 | 10/27/2012 | 24.0 | Verified |
| 10 | 10/28/2012 | 24.0 | Verified |
| 11 | 10/29/2012 | 23.9 | Verified |
| 12 | 10/30/2012 | 24.0 | Verified |
| 13 | 10/31/2012 | 24.0 | Verified |
| 14 | 11/01/2012 | 24.0 | Verified |
| 15 | 11/02/2012 | 24.0 | Verified |
| 16 | 11/03/2012 | 24.0 | Verified |
| 17 | 11/04/2012 | 24.0 | Verified |
| 18 | 11/05/2012 | 24.0 | Verified |
| 19 | 11/06/2012 | 24.0 | Verified |
| 20 | 11/07/2012 | 24.0 | Verified |
| 21 | 11/08/2012 | 24.0 | Verified |
| 22 | 11/09/2012 | 24.0 | Verified |
| 23 | 11/10/2012 | 24.0 | Verified |
| 24 | 11/11/2012 | 24.0 | Verified |
| 25 | 11/12/2012 | 24.0 | Verified |
| 26 | 11/13/2012 | 24.0 | Verified |
| 27 | 11/14/2012 | 23.9 | Verified |
| 28 | 11/15/2012 | 24.0 | Verified |
| 29 | 11/16/2012 | 24.0 | Verified |
| 30 | 11/17/2012 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.