UNITED STATES DISTRICT COURT
Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

December 18, 2015

**FILED**
DEC 29 2015
SUSAN Y. SOONG
General Court Number CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
510.637-3530 OAKLAND

United States District Court
Office of the Clerk, Central District of California
312 North Spring St., Room G-8
Los Angeles, CA 90012

**FILED**
CLERK, U.S. DISTRICT COURT
DEC 21 2015
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Case Number: CR-09-00901-SBA        CDCA #2:15CR-00666-JFW

Case Title:   United States -v- Dwen Edward Curry

Dear Clerk:

Pursuant to order transferring the jurisdiction of probation in the above-captioned case, transmitted herewith are certified copies of:

1. Indictment/Information

2. Transferral Order

3. Judgment

4. Docket Sheet

Please acknowledge receipt of the above document on the copy of this form.

Very truly yours,

RICHARD W. WIEKING, Clerk

by: Kelly Collins
Deputy Clerk

(enclosures)

o:\mrg\crim\probtran.mrg                                    Rev 11/95